UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES D. SMITH,

       Plaintiff,

v.                               CASE NO. 3:19-cv-599-J-32MCR

ECONO LODGE KISSIMEE FL OWNERS
PATEL, *et al.*,

       Defendants.

_____/

## REPORT AND RECOMMENDATION[1]

On May 22, 2019, this Court entered an Order directing Plaintiff to either submit the $400.00 filing fee or complete and file a long-form affidavit of indigency no later than June 14, 2019. (Doc. 3.) The Order provided that "[f]ailure to do so may result in a recommendation that this action be dismissed without further notice." (*Id.*) When Plaintiff failed to comply with the Court's May 22, 2019 Order, the Court entered an Order on June 28, 2019, directing Plaintiff to show cause, on or before July 15, 2019, why this action should not be recommended for dismissal without prejudice for Plaintiff's failure to comply with

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation,] a party may serve and file specific written objections to the proposed findings and recommendations." Fed.R.Civ.P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which a specific objection was not made. *See* Fed.R.Civ.P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; M.D. Fla. R. 6.02.

the Court's earlier Order.[2]  (Doc. 4.)  To date, Plaintiff has not responded to the Court's Orders and has neither submitted the $400.00 filing fee nor filed a long-form affidavit of indigency requesting to proceed *in forma pauperis*.  Therefore, the undersigned will recommend that this action be dismissed without prejudice.

Accordingly, it is respectfully **RECOMMENDED** that this action be **DISMISSED without prejudice** pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, on July 23, 2019.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Hon. Timothy J. Corrigan
United States District Judge

*Pro Se* Plaintiff

---

[2] The Court's Order to Show Cause was returned as undeliverable because apparently Plaintiff has failed to maintain a current mailing address as required by Section II.D.1. of the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, United States District Court, Middle District of Florida.