**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES D. SMITH,

    Plaintiff,

v.                                    Case No.   3:19-cv-599-J-32MCR

ECONO LODGE KISSIMEE FL
OWNERS, Patel, ECONO LODGE
HUNTSVILLE ALABAMA
OWNERS, Patel, ECONO LODGE
FAYETTVILLE ARKANSAS
OWNERS, Patel, CHOICE
HOTELS, Patel, and PRESIDENT
DONALD TRUMP,

    Defendants.

_____

## O R D E R

This case is before the Court on the United States Magistrate Judge's Report and Recommendation (Doc. 5) recommending that the Court dismiss this case without prejudice based on <u>pro se</u> Plaintiff James Smith's failure to respond to the Court's Order to Show Cause (Doc. 4) and failure to pay the filing fee. Plaintiff has not filed an objection to the Report and Recommendation, and the time in which to do so has passed.[1]  <u>See</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ.

---

[1] The Clerk has mailed Plaintiff copies of the Court's Orders and the Report and Recommendation, but all mailings were returned as undeliverable

P. 72(b); M.D. Fla. R. 6.02(a). Upon <u>de novo</u> review and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

3. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 7th day of August, 2019.

                                        TIMOTHY J. CORRIGAN
                                        United States District Judge

sej
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record

---

because Plaintiff was released or bonded out of Orange County Corrections. Plaintiff has not provided the Court with a forwarding address, so the Clerk did not attempt to resend the documents to Plaintiff.